**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

RAYMOND GILLEN,
Petitioner,
vs.
THE HONORABLE KIMBERLY A.
WANKER, DISTRICT JUDGE,
Real Party in Interest.

No. 66609

**FILED**

NOV 1 9 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### *ORDER DISMISSING PETITION*

This petition for a writ of quo warranto seeking ouster of respondent for allegedly failing to secure an official bond of office was filed on October 1, 2014, without payment of a filing fee. That same day, this court issued a notice to petitioner to pay the filing fee within ten days or this matter would be dismissed.

On October 23, 2014, petitioner submitted a document in which he contended that no filing fee was due pursuant to NRS 2.250(1)(d)(3). On October 24, 2014, this court issued an order rejecting that contention and directing petitioner to pay the filing fee within ten days or this matter would be dismissed.

On November 4, 2014, petitioner submitted a response in which he contends this is a criminal matter. As noted in our previous order, however, the question of whether a judge has met the requirements of judicial office is a civil matter. Because petitioner failed to pay the filing fee as ordered, this petition is hereby dismissed.

It is so ORDERED.

_____, C.J.

14-38202

cc:    Raymond Gillen

SUPREME COURT
OF
NEVADA

(O) 1947A